**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Case No.  09-34897 |
| SCHOOL STREET DISTRICT, LLC, | Chapter:  11 |
| Debtor. | Judge John H. Squires |

---

### ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES

---

The undersigned, a duly qualified attorney admitted to practice before this Court, hereby enters an appearance in the within captioned matter on behalf of LIBERTYVILLE BANK & TRUST COMPANY and/or its assigns and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to them at the following address:

> Jay R. Goldberg ARDC No. 6201235
> Justin Newman  ARDC No. 6278129
> FIELD AND GOLDBERG, LLC
> 10 South LaSalle Street
> Suite 2910
> Chicago, Illinois 60603
> (312) 408-7200

Dated September 22, 2009

By:    /s/ Jay R. Goldberg